Case 11-39853   Doc 34   Page 1 of 3

FILED
September 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003778805

**MARK W. BRIDEN**
*Attorney at Law*
*691 Maraglia Drive*
*P.O. Box 493085*
*Redding, CA 96049*
*(530)222-1664*

State Bar No. 096806
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ROBERT CARPENTER and DAWN CARPENTER | Case No. 11-39853-E-13C <br> Docket Control No. MWB-3 <br><br> DECLARATION <br> IN SUPPORT OF <br> MOTION FOR ORDER <br> CONFIRMING SECOND AMENDED <br> CHAPTER 13 PLAN <br><br> DATE: November 15, 2011 <br> TIME: 2:00 pm <br> JUDGE: SARGIS <br> ROOM: 33 <br><br> Local Rule 9014-1 <br> 11.USC § 1329 |
| Debtor. / | |

I, ROBERT CARPENTER, declare:

I, and my wife, DAWN CARPENTER, are debtors in the above referenced Chapter 13 proceeding. I make this Declaration in Support of the Motion for Order Confirming our Second Amended Chapter 13 Plan.

1. On August 15, 2011, we filed a Chapter 13 petition under the United States Bankruptcy Code. Due to a pending foreclosure sale, the Chapter 13 was filed as an emergency petition. On

1 of 3

**MARK W. BRIDEN**
*Attorney at Law*
*691 Maraglia Drive*
*P.O. Box 493085*
*Redding, CA 96049*
*(530)222-1664*

August 29, 2011, we filed the remaining schedules and Chapter 13 Plan. David Cusick has been appointed our Chapter 13 Trustee.

2. On August 14, 2011 and prior to the filing, we obtained a certificates of credit counseling, which certificates were filed with the petition. We have not completed the Personal Financial Management class as of this date, however we are aware we must do so to receive a Discharge of Debtor pursuant to 11 USC § 1328.

3. Our Chapter 13 Meeting of Creditors was held September 8, 2011 at US District Court in Redding, California. We attended the meeting and were examined by the Chapter 13 Trustee.

4. It has been determined we have an IRS obligation which must be paid through the Chapter 13 Plan. As a result, we were advised a Second Amended Chapter 13 Plan must be filed. A Second Amended Chapter 13 Plan has been filed which plan complies with all applicable laws under Title 11 of the US Bankruptcy Code.

5. All fees and/or charges, as required by the Federal Bankruptcy Court, have been paid.

6. The Second Amended Chapter 13 Plan is proposed in good faith and not by any means forbidden by law.

7. Unsecured creditors are being paid the same as in a Chapter 7 liquidation.

8. We are retaining the collateral of Aurora Home Loans, who holds the First Trust Deed against our personal residence. This creditor is being paid pursuant to 11 USC § 1325(a)5B. We are also retaining the collateral of Members First Credit Union, regarding three vehicles. This

**MARK W. BRIDEN**
*Attorney at Law*
*691 Maraglia Drive*
*P.O. Box 493085*
*Redding, CA 96049*
*(530)222-1664*

creditor is also being paid pursuant to 11 USC § 1325(a)5B. In Docket Control Number MWB-1, we have requested this Court grant our Motion to Value Collateral regarding the Second Deed of Trust due Resurgent Capital Services. The hearing is scheduled for October 4, 2011.

9. Filed schedules I and Amended Schedule J provide proof of our ability to make the Chapter 13 Plan payment.

10. We have no domestic support obligations either pre-petition or post-petition.

11. We have filed all required Federal and State income tax returns.

On behalf of my wife and myself, I respectfully request the Court Approve our Second Amended Chapter 13 Plan.

I declare under penalty of perjury the foregoing is true and correct. Executed in Cottonwood, Tehama County, California.

DATED: 9/15/11

_____
ROBERT CARPENTER
DEBTOR