FILED
September 27, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003793784

MARK W. BRIDEN
Attorney at Law
691 Maraglia Drive
P.O. Box 493085
Redding, CA 96049
(530)222-1664

State Bar No. 096806
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re: ROBERT CARPENTER and
DAWN CARPENTER

Debtor.

Case No. 11-39853-E-13C
Docket Control No. MWB-3

SUPPLEMENTAL DECLARATION
OF DEBTOR IN SUPPORT OF
MOTION FOR ORDER
CONFIRMING SECOND AMENDED
CHAPTER 13 PLAN

DATE: November 15, 2011
TIME: 2:00 pm
JUDGE: SARGIS
ROOM: 33

Local Rule 9014-1
11 USC § 1329

I, ROBERT CARPENTER, declare:

I, and my wife, DAWN CARPENTER, are debtors in the above referenced Chapter 13 proceeding. I make this Supplemental Declaration in Support of the Motion for Order Confirming our Second Amended Chapter 13 Plan.

1. In question 7 of my original Declaration, I stated unsecured creditors are being paid the same as in a Chapter 7 liquidation.

1 of 2

**MARK W. BRIDEN**
*Attorney at Law*
*691 Maraglia Drive*
*P.O. Box 493085*
*Redding, CA 96049*
*(530)222-1664*

    2. All of the assets of our estate are listed in filed Schedules A and B and were claimed exempt. There is no equity in our residence and we are requesting the Court strip our Second mortgage to Resurgent Capital Services. The remaining assets are personal property including cash on hand on date of filing; bank accounts with Tri Counties Bank and Members First Credit Union; household furnishings; normal wearing apparel; wedding rings; child support owed my wife; a 2000 GMC Sierra; a 2004 Ford Mustang and a 2005 Yamaha motorcycle. These assets, and/or their equity were claimed exempt pursuant to 11 USC § 703.140(b)1; 703.140(b)2; 703.140(b)3; 703.140(b)4; 703.140(b)5 and 703.140(b)(10)(D).

    3. Based on the claimed exemptions, there is no non-exempt equity available to pay unsecured creditors of the estate.

    I declare under penalty of perjury the foregoing is true and correct. Executed in Cottonwood, Tehama County, California.

DATED: 9/22/11

                                        _/s/ RL Carpenter_
                                        ROBERT CARPENTER
                                        DEBTOR